BARNABÉ CAMPAU
v.
FRANÇOIS BONHOMME

1811

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . *Journal, infra, *p. 353*

234

Papers in S. C. File
[None]

Papers in D. C. File
[None]